IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GOLDEN, | No. CIV S-03-2379-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| TOM L. CAREY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 19, 2005, the court dismissed plaintiff's first amended complaint with leave to amend and directed plaintiff to file a second amended complaint within 30 days. To date, plaintiff has failed to comply with the court's order.

///
///
///
///
///
///

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court order.
4 DATED: September 21, 2005.

                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE