IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN GOLDEN,                                                No. CIV S-03-2379-MCE-CMK-P

       Plaintiff,

  vs.                                                                    ORDER

TOM L. CAREY, et al.,

       Defendants.

_____ /

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 19, 2005, the court dismissed plaintiff's first amended complaint with leave to amend and directed plaintiff to file a second amended complaint within 30 days. Plaintiff failed to comply and, on September 22, 2005, the court directed plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution and failure to comply with rules and court order.

       Plaintiff has filed a response to the court's order to show cause setting forth excusable neglect for failure to file a second amended complaint. The order to show cause will, therefore, be discharged. Plaintiff also seeks additional time within which to file a second amended complaint. That request will be granted.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The court's September 22, 2005, order to show cause is discharged;

3   2.  Plaintiff's request for an extension of time to file a second amended complaint is granted; and

4   3.  Plaintiff shall file a second amended complaint, as directed by the court's January 19, 2005, order, within 30 days from the date of service of this order.

DATED: October 17, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE