IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN GOLDEN,

        Plaintiff,                     No. CIV S-03-2379 MCE CMK P

    vs.

GUERRERO, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed July 7, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and five copies of his December 29, 2005 third amended complaint which are required to effect service on the defendants.  On July 14, 2006, plaintiff submitted the USM-285 forms but failed to file the five copies of his December 29, 2005 third amended complaint .

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return a copy of plaintiff's December 29, 2005 third amended complaint; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the five copies of his December 29, 2005 third amended complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED:   August 2, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/bb
gold 03cv2379.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN GOLDEN,

     Plaintiff,                        No. CIV S-03-2379 MCE CMK P

     vs.

GUERRERO, et al.,

     Defendants.               NOTICE OF SUBMISSION

_____/       OF DOCUMENTS

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____     completed summons form

     _____     completed USM-285 forms

     __5__     copies of the December 29, 2005 Third Amended Complaint

DATED:

                                                                 Plaintiff